Former decision, 562 U.S. 1008, 131 S. Ct. 514, 178 L. Ed. 2d 380, 2010 U.S. LEXIS 8556.

**No. 10-6073. Fredy O. Villanueva-Moran, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 1125, 131 S. Ct. 854, 178 L. Ed. 2d 585, 2010 U.S. LEXIS 9600.

December 13, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 970, 131 S. Ct. 479, 178 L. Ed. 2d 303, 2010 U.S. LEXIS 7980.

**No. 10-6094. Ronald D. Dingle, Petitioner v. Robert M. Stevenson, Warden.**

562 U.S. 1125, 131 S. Ct. 854, 178 L. Ed. 2d 585, 2010 U.S. LEXIS 9617.

December 13, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 1009, 131 S. Ct. 516, 178 L. Ed. 2d 381, 2010 U.S. LEXIS 8516.

**No. 10-6188. Ralph John Prepetit, Petitioner v. Virginia.**

562 U.S. 1125, 131 S. Ct. 854, 178 L. Ed. 2d 585, 2010 U.S. LEXIS 9626.

December 13, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 1011, 131 S. Ct. 523, 178 L. Ed. 2d 386, 2010 U.S. LEXIS 8658.

**No. 10-6189. Ralph John Prepetit, Petitioner v. Virginia.**

562 U.S. 1125, 131 S. Ct. 854, 178 L. Ed. 2d 585, 2010 U.S. LEXIS 9604.

December 13, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 1011, 131 S. Ct. 523, 178 L. Ed. 2d 386, 2010 U.S. LEXIS 8604.

**No. 10-6543. Josephine Foreman and David Foreman, Petitioners v. Louisiana, et al.**

562 U.S. 1125, 131 S. Ct. 854, 178 L. Ed. 2d 585, 2010 U.S. LEXIS 9622.

December 13, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 1015, 131 S. Ct. 534, 178 L. Ed. 2d 393, 2010 U.S. LEXIS 8639.

**No. 10-6729. Leslie Charles Cohen, Petitioner v. United States.**

562 U.S. 1125, 131 S. Ct. 855, 178 L. Ed. 2d 585, 2010 U.S. LEXIS 9602.

December 13, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 1019, 131 S. Ct. 544, 178 L. Ed. 2d 399, 2010 U.S. LEXIS 8353.

**No. 10-127. Irandokht Bahrami, Petitioner v. Mohammad Ali Saadat Ketabchi.**

562 U.S. 1125, 131 S. Ct. 855, 178 L. Ed. 2d 585, 2010 U.S. LEXIS 9618.

December 13, 2010. Petition for rehearing denied. Justice Sotomayor took no part in the consideration or decision of this petition.